# Order

May 5, 2015

151460 & (12)

GREGORY HALLIWILL,
　　　　　Plaintiff-Appellee,

v

ROBIN LEVONDOSKY,
　　　　　Defendant-Appellant.
_____/

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 151460
COA: 324640
Ingham CC: 13-000925-CK

On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs to either party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2015


_____    _____